**JS 44** (Rev. 3/99) **CIVIL COVER SHEET**

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

*[Stamped: MAR 17 2003, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS]*

### I. (a) PLAINTIFFS
Lawrence E. Steinberg

### DEFENDANTS
James H. Brennan, III

**(b)** County of Residence of First Listed Plaintiff: **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Carl A. Generes
4315 West Lovers Lane
Dallas, TX 75209

Attorneys (If Known)
**3 03CV-0562N**
Baxter W. Banowsky
12001 N. Central Expressway, Suite 790
Dallas, TX 75243

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1441(a) (diversity, breach of contract)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 3/17/2003
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

United States District Court
Northern District of Texas



ORIGINAL

**Supplemental Civil Cover Sheet For Cases Removed From State Court**

MAR 17 2003
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | County Court at Lw # 4, Dallas County, Texas | 03-1621-D |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | | Attorney(s) |
   |---|---|---|
   | Plaintiff | Lawrence E. Steinberg | Carl A. Generes<br>State Bar No. 07798000<br>4315 West Lovers Lane<br>Dallas, TX 75209 |
   | Defendant | James H. Brennan | Baxter W. Banowsky<br>Banowsky, Betz & Levine, PC.<br>12001 N. Central Expressway<br>Suite 790<br>Dallas, TX 75243 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☐ Yes    ☒ No

   If "*Yes*," by which party and on what date?

   _____    _____
   Party                                Date

**Supplemental Civil Cover Sheet**
**Page 2**

4.  **Answer:**

    Was an Answer made in State Court?    ☐ Yes    ☒ No

    If "*Yes*," by which party and on what date?

    _____                    _____
    Party                                              Date

5.  **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    **Party**                                          **Reason(s) for No Service**

    N/A

6.  **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    **Party**                                          **Reason**

    N/A

7.  **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    **Party**                                          **Claim(s)**

    Plaintiff                                          Breach of Contract
                                                       Fraud
                                                       Punitive Damages
                                                       Attorneys Fees



**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE E. STEINBERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| v. | § | NO. _____ |
| | § | |
| JAMES H. BRENNAN, III, | § | |
| | § | **3 03CV-0562N** |
| Defendant. | § | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant James H. Brennan, III ("Defendant") hereby removes Plaintiff Lawrence E. Steinberg's ("Plaintiff") Original Petition filed in the County Court at Law No. 4, Dallas County, Texas as follows:

### FACTUAL BACKGROUND

Plaintiff filed his Original Petition (the "Petition") in the action entitled <u>Lawrence E. Steinberg v. James H. Brennen, III</u>, Cause No. 03-1621-D, in the County Court at Law No. 4, Dallas County, Texas (the "State Action"). A copy of the pleadings and other documents contained in the Court's file in the State Action are attached as exhibit "A."

The Petition was filed on February 11, 2003. Defendant was served with process in the State Action by certified mail on or after February 18, 2003.

<u>NOTICE OF REMOVAL</u> - Page 1

## GROUNDS FOR REMOVAL

Defendant was served with the suit on or after February 18, 2003 and files this notice within the 30 day time period required by 28 U.S.C. § 1446(b). Removal is appropriate in this matter pursuant to 28 U.S.C. § 1441(a) because there is complete diversity between the parties. Specifically, both at the time of filing and at the time of removal, Plaintiff has been a citizen of Texas.[1] Both at the time of filing and at the time of removal, Defendant has been a citizen of Tennessee.[2] There are no other parties to the State Action. The amount in controversy exceeds $75,000, exclusive of interest and costs. More specifically, the Complaint alleges $50,000.00 in actual damages,[3] plus unspecified amounts for both punitive damages and attorneys' fees.[4] Defendant asserts that these additional amounts for unspecified punitive damages and Plaintiff's attorney's fees, combined with Plaintiff's specified damages in the amount of $50,000.000 will exceed $75,000.00 in total should Plaintiff prevail and are thus sufficient to confer jurisdiction upon this Court pursuant to 28 U.S.C. § 1332.

---

[1] Petition at ¶ 1.
[2] Petition at ¶ 2.
[3] Petition at ¶¶ 9 and 11.
[4] Petition at ¶¶ 10 and 11.

**NOTICE OF REMOVAL** - Page 2

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing of Notice of Removal with the state court in the State Action.

Respectfully submitted,

**BANOWSKY, BETZ & LEVINE, P.C.**

By: /s/ Baxter W. Banowsky

Baxter W. Banowsky
State Bar No. 00783593

12001 N. Central Expressway
Suite 790
Dallas, TX 75243
214-871-1300
214-871-0038 (facsimile)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served, via first class mail, upon Carl A. Generes, 4315 West Lovers Lane, Dallas, Texas 75209 on this the 17th day of March 2003.

/s/ Baxter W. Banowsky

Baxter W. Banowsky